### CLAIRE B. POHL *v.* CLARKE C. POHL
### (9618)

DALY, LANDAU and CRETELLA, Js.

Argued June 6—decision released July 2, 1991

*Thomas M. Shanley,* for the appellant (plaintiff).

*Alan R. Spirer,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.